# Exhibit 2

Method Claim: 1

| US9130900 | Luma Health LumaBot ("The accused product") |
|---|---|
| 1. A method for providing assistance to a user, comprising: | The accused product practices a method for providing assistance to a user (e.g., a medical assistance for scheduling an appointment, guidance for Operational and Clinical Forms, etc.). As shown below, Luma Health provides its customers a healthcare chatbot which is a virtual agent that provides automated responses to patients by processing user requests received through a mobile device.  https://www.lumahealth.io/what-it-does/ |

 | **LumaBot™**

# Taking Care of More, so You Can Do More with Less

Imagine fewer phone calls, fewer headaches, and better care. LumaBot, Luma Health's web-based, actionable chatbot, has the convenience of instant messaging and the power of the entire Luma platform.

**FOR PATIENTS**

## Taking care of healthcare needs

When a patient needs help, they don't want to wait on hold or struggle with an automated bot that's all words and no action. LumaBot taps into the power of the full Luma platform and its EHR integration to get them to the next step.

https://www.lumahealth.io/wp-content/uploads/2022/07/LumaBot-One-Pager_07122022_2a318w0.pdf

### LumaBot empowers patients to:

 Schedule a new appointment.

 Complete screenings or intake paperwork.

 Make requests for Rx refills, specialist referrals, lab results, etc.

 Ask a nurse a question and understand when to expect a response.

https://www.lumahealth.io/wp-content/uploads/2022/07/LumaBot-One-Pager_07122022_2a318w0.pdf

# Power of the Platform:
# LumaBot
## Resources

Luma's web-based, actionable chatbot helps patients get to the
next step without phone calls.



https://www.lumahealth.io/resource/luma-health-lumabot/



https://www.lumahealth.io/wp-content/uploads/2022/07/Power-of-the-Platform-LumaBot.pdf



https://www.youtube.com/watch?v=EmNFVkg_4xQ



https://www.lumahealth.io/what-it-does/

**LumaBot brings full Luma Health platform capabilities and EHR integration to healthcare providers' websites, empowers patients via web chat**

Luma Health, the most complete patient engagement platform, today at the ViVE 2022 conference launches LumaBot™, its actionable, EHR-integrated web-based chatbot. LumaBot empowers patients to take the next step in their healthcare and free up providers and staff from phone calls.

LumaBot is powered by Luma Health's full Healthcare Engagement Engine™, enabling patients to schedule appointments, submit requests such as medication refills, complete screenings and intake paperwork, and more. It is integrated with 80+ EHRs and writes details like appointment changes and form responses directly back to the EHR to save staff time.

https://www.lumahealth.io/newsroom/press-releases/luma-health-announces-lumabot/

| | |
|---|---|
| receiving a user request for assistance from a mobile device; | The accused product practices receiving a user request for assistance (e.g., a request for scheduling an appointment) from a mobile device (e.g., a smartphone, etc.).<br><br>As shown below, Luma health provides its customers with a healthcare chatbot which is a virtual agent that provides automated responses to patients by processing user requests received through a mobile device. It receives user requests in the form of text.<br><br><br><br>https://www.lumahealth.io/what-it-does/ |



**LumaBot empowers patients to:**

Schedule a new appointment.

Complete screenings or intake paperwork.

Make requests for Rx refills, specialist referrals, lab results, etc.

Ask a nurse a question and understand when to expect a response.

https://www.lumahealth.io/wp-content/uploads/2022/07/LumaBot-One-Pager_07122022_2a318w0.pdf

https://www.lumahealth.io/wp-content/uploads/2022/07/Power-of-the-Platform-LumaBot.pdf



https://www.youtube.com/watch?v=EmNFVkg_4xQ

# Patient Scheduling

**Text and web scheduling**
Rules-based, EHR-integrated scheduling guides patients to the right time for them, with the right provider.

**Referrals**
Interactive notifications let patients know when they've been referred, book, and get real-time confirmation. Providers are in the loop at every step.

**Smart waitlist**
Patients on the waitlist automatically get offers that match the appointment type they're looking for.

**Actionable reminders**
Automatic, customized reminders integrated with your EHR schedule get more patients in the door and reduce no-shows.

**Cancellation management**
Luma responds to cancellations with upcoming slots that match the original — all the patient has to do is choose one.

**Integration with Google My Business**
Let new and returning patients schedule from your Google My Business profile.

https://www.lumahealth.io/what-it-does/



https://www.lumahealth.io/what-it-does/



https://www.lumahealth.io/what-it-does/



https://www.lumahealth.io/what-it-does/



https://www.youtube.com/watch?v=cJswM4PNb0k

| determining semantics of the user request and identifying at least one domain, at least one task, and at least one parameter | The accused product practices determining semantics of the user request (e.g., a request for scheduling an appointment) and identifying at least one domain (e.g., options such as Book an appointment, Request RX Refill, etc.), at least one task (e.g., scheduling an appointment, rescheduling, etc.), and at least one parameter (e.g., a time slot, etc.) for the user request (e.g., a request for scheduling an appointment) by parsing the user request (e.g., a request for scheduling an appointment) to identify representations of meaning (e.g., identifying an intent of the user request) or interpretation of the user request along with location (e.g., a location of user) and user personal information captured by the mobile device (e.g., a smartphone, etc.) including telephone (e.g., a phone number), texting (e.g., SMS, etc.), and user activity (e.g., previous patient history, etc.). |

| for the user request by parsing the user request to identify representations of meaning or interpretation of the user request along with location and user personal information captured by the mobile device including telephone, texting, and user activity; | As shown below, Luma Health uses Natural Language Processing (NLP) to parse and determine the semantics of the user request received from the patient and deduce the meaningful interpretations of the request.<br><br>For example, a user request for booking an appointment is parsed to interpret the intent of the user and identify the task of scheduling an appointment.<br><br>As shown below, Luma Health also collects information about the patient and their previous medical history. Luma Health chatbots provides responses to the customer request based on the user activity.<br><br><br><br>https://www.lumahealth.io/what-it-does/ |



https://www.lumahealth.io/what-it-does/

**Artificial Intelligent (AI) reminders for consumer patients.**
Next generation AI Reminders accurately understands and processes patient responses to interactive appointment reminders. Natural language processing (NLP) interprets conversational responses including, "Sure, "No problem", and even emojis like ":thumbs up:" or "ok" as confirmations. Patients can also easily confirm, cancel or reschedule appointments directly within the text message, an online link, or by calling. Develop unique insights into the timing and cadence of your reminder sequence, optimized for your unique patient population



https://go.lumahealth.io/use-cases/

→ `classification`

string

Default: `"unclassified"`

Enum: `"positive"` `"negative"` `"irregular"` `"recognized-keywords"` `"unclassified"`

The classification of patient replies (inbound messages) interpreted by our NLP (Natural Language Processing) service.

- `positive` indicates a yes-type answer (e.g. "sounds good", "yes", or "ok")
- `negative` indicates a no-type answer (e.g. "no way", "negative", "no good")
- `irregular` indicates classification attempt was not able to classify the text as positive or negative
- `recognized-keywords` indicates that an expected keyword was identified (e.g. "waitlist")
- `unclassified` indicates no classification attempted - yet

https://apidocs.lumahealth.io/#tag/messages/operation/messagesList



## Complete Patient Intake

**Save staff and patients time with a digital front desk.** Text-first reminders to complete intake forms, digital form completion and insurance card upload, and contactless check-in let patients skip the waiting room. Discrete EHR integration means no transcribing paper forms or double-documenting for staff.

https://www.lumahealth.io/wp-content/uploads/2023/01/Complete-Patient-Intake-with-Luma-

[1.pdf](#)



**FOR PATIENTS**

# 24/7 customized digital front desk

Before appointment day, each patient gets the right forms for them *(HIPAA, consents, clinical questionnaires, and more)* tailored to their appointment and care journey. Easy, mobile-first check-in flows let patients upload insurance, pay copays, and more from home. When they arrive, contactless check-in lets them head right back to the visit room with SMS instructions from staff.

**» Customer Outcomes**

St. Paul Eye Clinic has reduced intake time by 11 minutes per patient.

**Best**

- Schedules a new patient appointment
- Uploads insurance card and completes all forms online, customized to her kids' visit
- Seen right away at pediatrician's office

# Powered by the Patient Success Platform™

**Integration with your EHR**
EHR stays your source of truth

**Multilingual reminders**
Reaches more patients

**Natural language processing**
Understands a variety of responses

[https://www.lumahealth.io/wp-content/uploads/2023/01/Complete-Patient-Intake-with-Luma-1.pdf](https://www.lumahealth.io/wp-content/uploads/2023/01/Complete-Patient-Intake-with-Luma-1.pdf)



https://www.lumahealth.io/wp-content/uploads/2022/08/Power-of-the-Platform-Smart-Rebooking.pdf



https://www.youtube.com/watch?v=cJswM4PNb0k



https://www.youtube.com/watch?v=cJswM4PNb0k

## 7.2 Access Establishment and Modification

1   Requests for access to Luma production systems is made formally using the following process:

    a   A Luma workforce member initiates the access request via a form entitled "Permission Request" in a Slack Workflow which then automatically creates a ticket in our task tracking software, ClickUp.

- User identities must be verified prior to granting access to new accounts.
- Identity verification uses Google's two-factor authentication.
- For new accounts, the method used to verify the user's identity must be recorded on the Issue.

https://policy.lumahealth.io/07-systems_access_policy.html

Based on the device and location info in the notification, you can:

- Tap **Yes** to allow sign-in.
- Tap **No** to block sign-in.

https://support.google.com/accounts/answer/185839?hl=en&co=GENIE.Platform%3DAndroid



https://www.lumahealth.io/wp-content/uploads/2022/07/LumaBot-One-Pager_07122022_2a318w0.pdf



Please upload or take a photo
of your insurance card

**Collect data** on reason for visit, current symptoms, insurance information, and all necessary data for a successful check-in and visit. Then, use that data to offer patients the right appointment slots directly pulled from your EHR.

https://go.lumahealth.io/patient-scheduling-plus

| accessing one or more semantic web services, each service accessed through an application program interface | The accused product practices accessing one or more semantic web services, each service accessed through an application program interface (API) (e.g., Rest-Service API, etc.) to retrieve data matching (e.g., matching of patients with providers with available time slots) the at least one domain (e.g., options such as Book an appointment, Request RX Refill, etc.), at least one task (e.g., scheduling an appointment, rescheduling, etc.), and at least one parameter (e.g., a time slot, etc.). <br><br> As shown below, Luma Health accesses a webservice ("semantic web services") through Rest-Service API to collect the patient data for providing response to the user's command. For example, when the user request is for scheduling an appointment, LumaBot accesses the webservices through Rest-Service API and automatically matches patients with providers and available time slots based on their diagnosis and appointment type. |

(API) to retrieve data matching the at least one domain, at least one task, and at least one parameter;



**INTEGRATED**

## Taps into your existing systems



**Luma lives where your staff works.**
It's embedded in your EHR and respects your existing workflows.



**Your system of record is the source of truth.**
The integration is real-time and API-first, so Luma is as flexible as your day-to-day operations.



**You already know your patients.**
Details you already have create journeys that feel empathetic and specific to them, whether that's their unique language needs, communication preferences, and more.

https://www.lumahealth.io/how-it-works/



## BESPOKE INTEGRATION WITH 80+ EHRS

Luma Health connects to over 80 different EHR systems via API, FHIR and HL7 integrations to automate patient communication and unlock valuable insights to improve care.

https://www.lumahealth.io/wp-content/uploads/2021/10/EHR-Forms.pdf



https://apidocs.lumahealth.io/



https://apidocs.lumahealth.io/#tag/availabilities/operation/listSchedulerAvailabilities



provider — string  = 24 characters  [0-9a-f]
Only display scheduler availabilities for the ID of the provider/doctor given on this query parameter.

status — string
Value: "available"
Filter availabilities by status. It must be available, as other statuses were already booked or canceled.

sort — string
Value: "date"
Determines which property will be used to order the response. Currently the only option available is date.

sortBy — string
Enum: "asc"  "desc"
Determines the direction in which the sorting will happen:

- ascending (earliest date to latest), or
- descending (latest date to earliest).

user — string  = 24 characters  [0-9a-f]
The ID of the root account user.

https://apidocs.lumahealth.io/#tag/availabilities/operation/availabilityList

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=cJswM4PNb0k |
| identifying, generating, or providing personalized recommendations for activities, products, services, | The accused product practices identifying, generating, or providing personalized recommendations for activities, products, services (e.g., personalized responses for a user's query).<br><br>As shown below, LumaBot records details of the patient by accessing their past medical history reports and personal details such as appointment type, etc. Thus, when a user request for scheduling an appointment is received by the chatbot, it provides the patient with a provider based on the type of appointment. |



https://www.lumahealth.io/what-it-does/



https://apidocs.lumahealth.io/#tag/availabilities/operation/listSchedulerAvailabilities



https://apidocs.lumahealth.io/#tag/availabilities/operation/availabilityList



https://www.youtube.com/watch?v=cJswM4PNb0k

| | |
|---|---|
| presenting possible responses to the user by interact with the semantic web services by calling the services | The accused product practices presenting possible responses (e.g., available time slots, etc.) to the user (e.g., a patient) by interact with the semantic web services by calling the services through the API (e.g., Rest-Service API, etc.) and extracting one or more options or suggestions from the semantic web services through the API (e.g., Rest-Service API, etc.) and confirming user responses by accessing a text messaging API (e.g., SMS) or a phonebook API.<br><br>As shown below, Luma Health accesses the web service ("interact with semantic web services") using Rest-Service API to provide a response to the patient. The web service collects the relevant responses ("one or more options or suggestions") and provides them to the LumaBot to present them further to the patient. Further, once the patient confirms |

| | |
|---|---|
| through the API and extracting one or more options or suggestions from the semantic web services through the API and confirming user responses by accessing a text messaging API or a phonebook API; | booking a slot for an appointment, the healthcare chatbot confirms the user response by sending the patient a confirmation text message for a scheduled appointment.<br><br><br><br>https://www.lumahealth.io/what-it-does/ |



https://www.youtube.com/watch?v=cJswM4PNb0k



https://apidocs.lumahealth.io/#tag/availabilities/operation/listSchedulerAvailabilities



https://apidocs.lumahealth.io/#tag/availabilities/operation/availabilityList

# APPOINTMENT REMINDERS

**Mobile-first appointment reminders in 20+ languages.**
One in four patients forget to show up for medical appointments. That's why Luma Health allows you to automatically reach each and every patient with personalized appointment reminders in their language of choice.

**Artificial Intelligent (AI) reminders for consumer patients.**
Next generation AI Reminders accurately understands and processes patient responses to interactive appointment reminders. Natural language processing (NLP) interprets conversational responses including, "Sure, "No problem", and even emojis like ":thumbs up:" or "ok:" as confirmations. Patients can also easily confirm, cancel or

https://go.lumahealth.io/use-cases/



# ACTIONABLE REMINDERS FOR CLINICS AND HEALTH SYSTEMS

Leverage AI-powered, two-way appointment reminders for a seamless experience for patients and staff alike. With Luma Health, optimize the timing and cadence of your reminders, allow patients to reply, and reschedule directly from a text.

- Reduce no shows by 79%
- Save 3,480 staff hours a year
- Elevate patient convenience



https://www.lumahealth.io/actionable-appointment-reminders/

## 1. Clinic Sends Customized Reminder

1 in 4 patients forget to show up for medical appointments. Drastically decrease no-shows by sending customizable appointment reminders in their language of choice.



https://www.lumahealth.io/actionable-appointment-reminders/



https://www.lumahealth.io/actionable-appointment-reminders/

| determining at least one responsive answer; and | The accused product practices determining at least one responsive answer (e.g., available appointment slots, etc.).<br><br>As shown below, LumaBot determines a response such as available appointment slots, etc. for a user request of booking an appointment. |



https://www.lumahealth.io/what-it-does/



**https://www.youtube.com/watch?v=cJswM4PNb0k**

**Artificial Intelligent (AI) reminders for consumer patients.**

Next generation AI Reminders accurately understands and processes patient responses to interactive appointment reminders. Natural language processing (NLP) interprets conversational responses including, "Sure, "No problem", and even emojis like ":thumbs up:" or "ok:" as confirmations. Patients can also easily confirm, cancel or reschedule appointments directly within the text message, an online link, or by calling. Develop unique insights into the timing and cadence of your reminder sequence, optimized for your unique patient population

https://go.lumahealth.io/use-cases/

Your follow-up appointment with Dr. Grey at Hayes Health is on June 26th, 1:00pm. Reply YES to confirm, NO to cancel, RESCHED to reschedule.

📢 I need to reschedule.

We can help with that! Here are a few options:
1 - June 18th 1:15pm
2 - June 22nd 8:00am
3 - June 24th 8:00am
Reply with the date that works best or see more availability https://lumalnk.com/7cde902.

The one on the 24th.

Thank you. You are confirmed for June 24th. This will replace your appointment on June 26th.

Text Message



https://www.lumahealth.io/wp-content/uploads/2023/01/Complete-Patient-Intake-with-Luma-1.pdf



https://www.lumahealth.io/wp-content/uploads/2022/08/Power-of-the-Platform-Smart-Rebooking.pdf



https://apidocs.lumahealth.io/#tag/availabilities/operation/listSchedulerAvailabilities



https://apidocs.lumahealth.io/#tag/availabilities/operation/availabilityList

| responding to the user request. | The accused product practices responding to the user request (e.g., a confirmation text message for scheduled appointment).<br><br>As shown below, LumaBot provides confirmation of the scheduled appointment by sending a text message to the patient. |
| --- | --- |



https://www.lumahealth.io/what-it-does/



https://www.youtube.com/watch?v=cJswM4PNb0k



https://go.lumahealth.io/use-cases/

# APPOINTMENT REMINDERS

**Mobile-first appointment reminders in 20+ languages.**
One in four patients forget to show up for medical appointments. That's why Luma Health allows you to automatically reach each and every patient with personalized appointment reminders in their language of choice.

**Artificial Intelligent (AI) reminders for consumer patients.**
Next generation AI Reminders accurately understands and processes patient responses to interactive appointment reminders. Natural language processing (NLP) interprets conversational responses including, "Sure, "No problem", and even emojis like ":thumbs up:" or "ok:" as confirmations. Patients can also easily confirm, cancel or



https://go.lumahealth.io/use-cases/

## 1. Clinic Sends Customized Reminder

1 in 4 patients forget to show up for medical appointments. Drastically decrease no-shows by sending customizable appointment reminders in their language of choice.



https://www.lumahealth.io/actionable-appointment-reminders/



https://www.lumahealth.io/wp-content/uploads/2023/01/Complete-Patient-Intake-with-Luma-1.pdf



https://www.lumahealth.io/wp-content/uploads/2022/08/Power-of-the-Platform-Smart-Rebooking.pdf