# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GEOSYMM VENTURES LLC,**<br><br>Plaintiff,<br><br>*v.*<br><br>**LUMA HEALTH, INC.,**<br><br>Defendant. | **CASE NO. 1:24-CV-00836-RGA**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Plaintiff GEOSYMM VENTURES LLC ("Plaintiff") files this unopposed motion for an order extending the deadline for Defendant LUMA HEALTH, INC. ("Defendant") to respond to Plaintiff's Complaint for Patent Infringement until and including September 18, 2024.  No party will be prejudiced by this extension.  Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for the requested extension.  This is the first request for an extension of this nature.

Date: July 30, 2024

Respectfully submitted,

*/s/ Antranig Garibian*
Antranig Garibian, Esquire
DE Bar No. 4962
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

        Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice* forthcoming)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
issac@rabilaw.com

*Attorneys for Plaintiff*
*GeoSymm Ventures LLC*

**SO ORDERED**, this _____ day of July 2024.

_____
**The Honorable Richard G. Andrews**
**United States District Judge**